UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY GABRIEL PONCE, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. SOLORIO, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-01012-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 16) |

Plaintiff Tommy Gabriel Ponce, Jr., is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2022, the Magistrate Judge screened Plaintiff's first amended complaint and issued findings and recommendations recommending that this action be dismissed for failure to state a claim upon which relief may be granted. (ECF No. 16.) The findings and recommendations were served on Plaintiff and contained notice that objections were due within fourteen (14) days. (*Id*. at 7.) Plaintiff has not filed objections and the time to do so has passed.

///
///
///
///

1

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations are supported by the record and proper analysis.

     Accordingly, IT IS SO ORDERED:

1. The findings and recommendations issued on November 3, 2022 (ECF. No. 16), are adopted in full;
2. This action is dismissed for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 27, 2023

_____
UNITED STATES DISTRICT JUDGE

2